Citizens & Southern National Bank *v.* Happy
Homes Company, Inc., Appellant.

Argued June 11, 1974. *Allen H.
Silverman,* for appellant; *Richard E. Ruane,* for appellee.

Order affirmed.

JACOBS and PRICE, JJ., absent.

Commonwealth *v.* Anderson, Appellant.

Argued June 10,
1974. *John J. McCreesh, III,* for appellant; *James Garrett,* Assistant District Attorney, with him *Mark Sendrow, David Richman,* and *Steven Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.